ACCEPTED
03-15-00295-CV
7884378
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/18/2015 12:27:53 PM
JEFFREY D. KYLE
CLERK

DOCKET NO. 3-15-00295-CV

| | | |
|---|---|---|
| GERALD KOSTECKA | § | THIRD COURT OF |
| | § | APPEALS |
| | § | |
| V. | § | |
| | § | |
| | § | |
| SMOKEY MO'S FRANCHISE, | § | |
| LLC D/B/A SMOKEY MO'S | | |
| BBQ | | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/18/2015 12:27:53 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S SECOND AMENDED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

COMES NOW, Appellant Gerald Kostecka, and pursuant to the Texas Rules of Appellate Procedure 38.6(d) and 10.5(b), files this Second Amended Motion for Extension of Time to File Reply Brief, and in support thereof would show as follows:

### I.

Appellant's reply brief in this case is currently due November 19, 2015. For reasons set forth below, Plaintiff is requesting an extension of 6 days until November 25, 2015 to file his reply brief. This is the third request for an extension of time to file his reply brief made by Appellant.

## II.

On Tuesday afternoon, November 3, 2015, the house of the undersigned counsel's 86-year old mother in Round Rock, Texas was flooded due to a break in a supply line in the house. A restoration company was called out that day, but it was unable to save the hardwood flooring which runs throughout a large portion of the first floor of the house. New flooring will have to be installed when the subsurface has been dried in a day or two and the insurance company approves it. The undersigned counsel for Appellant will be handling these matters as his mother cannot do so.

## III.

In addition, the registered nurse caring for the mother of the undersigned counsel happened to be at the house at the time of the flooding and said afterward that the undersigned counsel's mother will have to be permanently moved into an assisted living center (or nursing home) or receive care 24 hours, seven days a week at her home. This is largely due to the fact that the undersigned counsel's mother's already

fragile condition has been undermined by the trauma of the flooding incident. The undersigned counsel is handling that transition.

IV.

The undersigned counsel has learned that this entire process is more complicated and difficult than he had originally thought. For example, while he is looking into places that his mother can be moved on a more permanent basis, he has learned that the process of installing a new wood floor in his mother's house will require moving her this coming week or the following week into a hotel for two to three weeks. This is because the removal of the old floor materials and installation of the new flooring will be very loud and create large amounts of dust. His mother has a chronic lung problem so there is no question that she will have to move to a hotel during installation. News like this is very difficult on his mother, particularly given her current fragile condition, as she has lived in the house without interruption since 1960. Accordingly, in addition to having to plan for this temporary move to a hotel, his mother's need for care increases.

## V.

The undersigned counsel intends to file the appellate brief that is currently due in 3rd Court of Appeals Case # 03-15-00511-CV by the deadline of November 19, 2015. He requests additional time to file the reply brief in the above styled and numbered case until November 25, 2015. He appreciates the consideration that the Court has given previous requests for extension and regrets having to request another extension.

## VI.

This Motion is not filed for delay only, but so that justice may be done. The undersigned counsel has personal knowledge of the facts set forth in this Motion. Appellant respectfully requests that this Court extend the deadline for filing Appellant's reply brief until November 25, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellant Gerald Kostecka respectfully requests that this Court grant his Second Amended Motion for Extension of Time to File Appellant's Reply Brief, and requests that the Court grant such further and other relief to which Appellant may be entitled.

Respectfully submitted,

LAW OFFICE OF STUART WHITLOW

By: /s/ Stuart Whitlow_____
       Stuart Whitlow
       Texas Bar No.:  21378050
       1104 S. Mays, Suite 116
       Round Rock, Texas 78664
       Tel. (737) 346-1839
       Fax (512) 218-9235
       Email stuartrtwhitlowlaw@yahoo.com
       Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing legal instrument was served upon Robert House, Clark & Trevino, 1701 Directors Boulevard, Suite 920, Austin, Texas 78744, in accordance with the Texas Rules of Civil Procedure on the 18th day of November, 2015.

_/s/Stuart Whitlow_____
Stuart Whitlow

## CERTIFICATE OF CONFERENCE

This is to certify that Stuart Whitlow, counsel for Appellant Gerald Kostecka, attempted to contact counsel for Appellee regarding this Motion but has not been able to reach him yet.

_/s/Stuart Whitlow_____
Stuart Whitlow